UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY R KING,

              Plaintiff,

   v.

JAMES KEY,

             Defendants.

Case No. C20-5707 JLR-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) plaintiff's amended complaint fails to state a claim upon which relief may be granted under 42 U.S.C. § 1983; and

(3) plaintiff's amended complaint, therefore this action, hereby is DISMISSED.

Dated this 1st day of December, 2020.

_____
James L. Robart
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1